946 A.2d 639

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Iona STEVENSON, Respondent.**

Supreme Court of Pennsylvania.

April 3, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of April, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the Superior Court to follow the standard of review set forth

in *Commonwealth v. Ratsamy,* 594 Pa. 176, 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.